UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR., *et al*., )<br>           )<br>     Plaintiffs, )<br>           )<br>v.         )<br>           )<br>THE DISTRICT OF COLUMBIA )<br>           )<br>     Defendant. )<br>           ) | ) Civil Action No. 07-985 (CKK) |

JOINT MEET AND CONFER STATEMENT

Pursuant to Local Civil Rule 16.3 and this Court's Order of July 3, 2007, counsel for all parties have conferred and hereby submit this joint report.

Plaintiff brings this action individually and as personal representative of the Estate of Lenard Clark a/k/a Leon Clark, who committed suicide at the D.C. Jail on February 27, 2006. Plaintiff sues the District of Columbia alleging unconstitutional and tortious conduct causing the death of Leon Clark. Plaintiff bases his claims on 42 U.S.C. § 1983, the D.C. Wrongful Death Act, D.C. Code § 16-2701, et seq., and the D.C. Survival Act, § 12-101, et seq. Defendants deny all allegations of wrongdoing.

The parties also address the topics in Rule 16.3(c) as follows:

1.  Dispositive Motions:  Defendants believe that this case may be disposed of by motion after the close of discovery.

2.  Joinder of Parties and Amendment of Pleadings:  The parties propose that the deadline for joinder of parties or amendment of pleadings be thirty (30) days after the entry of a scheduling order.

3.  Magistrate Judge:  The parties do not wish to have this case assigned to a magistrate for all purposes.

4. <u>Settlement</u>: There does not appear to be a realistic possibility of settlement at this time.

5. <u>Alternative Dispute Resolution</u>: The parties might benefit from mediation upon the conclusion of discovery and resolution of any dispositive motions.

6. <u>Summary Judgment</u>: The parties request thirty (30) days after the close of discovery to file any dispositive motions; thirty (30) days thereafter for oppositions; and fourteen (14) days thereafter for replies.

7. <u>Initial Disclosures</u>: The parties have agreed to dispense with initial Rule 26(a)(1) disclosures.

8. <u>Discovery</u>: The parties request a limit of twenty-five (25) interrogatories and five (5) depositions per side, excluding expert witnesses. The parties also request that written discovery requests be submitted within forty-five (45) days of the entry of a scheduling order, and that all discovery be completed within 180 days of the entry of such order.

9. <u>Experts</u>: The parties propose that plaintiff's expert disclosures be served within 120 days after the entry of a scheduling order, and that defendant's expert disclosures be served thirty (30) days thereafter.

10. <u>Class Actions</u>: Not applicable.

11. <u>Bifurcation</u>: There does not appear to be the need for bifurcation of discovery or trial at this time.

12. <u>Pretrial Conference</u>: The parties request that the Court schedule a pretrial conference to follow the resolution of any dispositive motions.

13. <u>Trial</u>: The parties request that a trial date be set at the pretrial conference.

14. <u>Other Matters</u>:  None.

A proposed scheduling order is attached hereto.

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the District of Columbia

/s/ Ferris R. Bond /s/                  GEORGE C. VALENTINE
Ferris R. Bond, Esq.                      Deputy Attorney General, Civil Litigation Division
Bond and Norman
P.O. Box 83699
Gaithersburg, MD 20883-3699      /s/ Phillip A. Lattimore, III /s/
(301) 590-2727                               PHILLIP A. LATTIMORE [422968]
(202) 207-1041 (fax)                    Chief, General Litigation Section III
Email:  Ferrisbond@aol.com
*Attorneys for Plaintiff*

                                        /s/ Carl J. Schifferle /s/
                                        CARL J. SCHIFFERLE [463491]
                                        Assistant Attorney General
                                        Suite 600S
                                        441 Fourth Street, N.W.
                                        Washington, D.C. 20001
                                        (202) 724-6624
                                        (202) 727-3625 (fax)
                                        Email:  carl.schifferle@dc.gov
                                        *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES CLARK, JR., *et al.*,        )
                                   )
        Plaintiffs,                )
                                   ) Civil Action No. 07-985 (CKK)
    v.                             )
                                   )
THE DISTRICT OF COLUMBIA           )
                                   )
        Defendant.                 )
_____)

## SCHEDULING ORDER

Upon consideration of the joint meet and confer statement of the parties, it is hereby ORDERED as follows:

1. Initial disclosures are not required.

2. Amended pleadings shall be filed no later than October 5, 2007.

3. Written discovery requests shall be served no later than October 19, 2007.

4. Plaintiff's expert disclosures are due no later than January 4, 2008; and defendant's expert disclosures are due by February 4, 2008.

5. Discovery shall close March 5, 2008.

6. Dispositive motions shall be filed no later than April 4, 2008; any opposition shall be filed by May 5, 2008; and any reply shall be filed by May 19, 2008.

7. Each side is limited to twenty-five interrogatories and five depositions (excluding any expert witnesses).

SO ORDERED on this _____ day of _____, 2007.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge