UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 07-985 (CKK) |
| v. | ) Next Court Event: |
| | ) Mediation 3/11/08 |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to this Court's Order of September 26, 2007, counsel for all parties hereby submit the following discovery plan:

1.  The parties have agreed that written discovery requests will be exchanged no later than October 18, 2007.

2.  To the extent that plaintiff requests defendant produce personnel records and defendant agrees that the requested records are discoverable, the parties will submit a protective order for the Court's approval.

3.  The parties are in the process of identifying all fact witnesses. Defendant has identified the following witnesses:

    (1) Officer Paul Murray, Department of Corrections

    (2) Officer Gerry Dyson, Department of Corrections

    (3) Officer Walter Sampson, Department of Corrections

    (4) Officer Douglas Smith, Department of Corrections

    (5) Officer Kevin Robinson, Department of Corrections

    (6) Officer Cory Richard, Department of Corrections

    (7) Officer Sherril Doggett, Department of Corrections

    (8)    Sergeant Gregory P. Lee, Department of Corrections

    (9)    Lt. Isaiah Cobb, Department of Corrections

    (10)    Captain Walter Coley, Department of Corrections

    (11)    Major Stanley Waldren, Department of Corrections

    (12)    Security Lieutenant George Hendrix, Department of Corrections

    (13)    Acting Lieutenant Kirkland Marion, Department of Corrections

    (14)    Detective Randy Brooks, Metropolitan Police Department

    (15)    Lieutentant Edward Butler, Metropolitan Police Department

    (16)    Officer Bruce Strong, Metropolitan Police Department

    (17)    Officer Martello Francis, Metropolitan Police Department

    (18)    Officer Kenneth Hargrove, Metropolitan Police Department

    (19)    Officer Jay Gregory, Metropolitan Police Department

    (20)    Officer James Holder, Metropolitan Police Department

    (21)    Captain N. Talley, Department of Corrections

    (22)    Reverend Betty Green, Department of Corrections

    (23)    S. Lucas, Fire and Emergency Medical Services Department

    (24)    M. Washington, Fire and Emergency Medical Services Department

    (25)    Dr. Jean Williams, Greater Southeast Community Hospital

Defendant is still attempting to identify all medical staff who attended to Leon Clark during the relevant time period.

4.    The plaintiff has not yet determined its expert witnesses, if any. Defendant will determine its expert witnesses once plaintiff identifies any expert witnesses and may also rely upon testimony of medical staff, including staff of the Medical Examiner's Office.

5.    The parties have reserved the dates of January 30 and 31, and February 4 and 5,

2008, for fact witness depositions. The parties have also reserved the dates of March 4 and 5, 2008, for expert witness depositions. The parties note that these dates may have to be changed because a different defense counsel will need to be assigned to the case, at least for a period of time while current counsel for the defense is on anticipated Family Medical Leave.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

/s/ Ferris R. Bond /s/
Ferris R. Bond, Esq. (372607
Division
Bond and Norman
P.O. Box 83699
Gaithersburg, MD 20883-3699
(301) 590-2727
(202) 207-1041 (fax)
Email: Ferrisbond@aol.com
*Attorneys for Plaintiff*

GEORGE C. VALENTINE
   Deputy Attorney General, Civil Litigation

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE [422968]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov
*Attorneys for Defendant*