UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR., *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) Civil Action No. 07-985 (CKK) |
| v. | ) Next Court Event: |
| | ) Mediation 3/11/08 |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## PRAECIPE

Please note the appearance of the undersigned on behalf of the plaintiffs on this 18th day of October 2007.

          Respectfully submitted,

          Jane Carol Norman 384030
          Bond & Norman PLLC
          Mailing Address
          Post Office Box 83699
          Gaithersburg, Maryland 20883-3699
          Telephone (301) 590-2727
          Cell (202) 423-3863
          Fax (202) 207-1041
          Email Jnorman425@aol.com
          Counsel for the plaintiffs