UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 07-985 (CKK) |
| v. | ) Next Court Event: |
| | ) Mediation 3/11/08 |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on this 18th day of October, 2007, the following were served upon Counsel for the District of Columbia:

1. This Certificate of Discovery;

2. Plaintiff's first set of interrogatories of the District of Columbia;

3. Plaintiff's Requests for Production of Documents of the District of Columbia:

I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Service has been made via U.S. Mail, First Class Postage Prepaid to Counsel for the District of Columbia addressed as follows:

                                          Carl J. Schifferle, Esquire
                                          Assistant Attorney General
                                          Suite 600S
                                          441 Fourth Street, N.W.
                                          Washington, D.C. 20001

Respectfully submitted,

*[signature]*

Ferris R. Bond, # 372607
Bond & Norman PLLC
Mailing Address
Post Office Box 83699
Gaithersburg, Maryland 20883-3699
Telephone (301) 590-2727
Cell (202) 423-3859
Fax (202) 207-1041
Email Ferrisbond@aol.com
Counsel for the Plaintiffs