# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR.,            ) | |
|                              ) | |
|         **Plaintiff,**       ) | |
|                              ) | |
|         v.                   ) | Civil Action No: **1:07-cv-00985-CKK-AK** |
|                              ) | |
| DISTRICT OF COLUMBIA,        ) | Mag. Judge Alan Kay |
|                              ) | |
|         **Defendant.**       ) | |
|                              ) | |

## NOTICE OF ADDITIONAL COUNSEL

TO:   Clerk of Court.

TO:   All parties.

PLEASE TAKE NOTICE that, on this 5th day of February, 2008, Richard A. Latterell is entering his appearance as additional counsel for Defendant the District of Columbia. Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Mr. Latterell at his Washington, D.C. office address below.

//

//

Dated this 5th day of February, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Phillip A. Lattimore, III*
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Section III

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL [502127]
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S074
        Washington, D.C. 20001
        (202) 724-6626
        (202) 727-3625 (fax)
        Email:  richard.latterell@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Notice of Additional Counsel were sent, on this 5th day of February, 2008, by electronic service to the following:

Mr. Ferris Ridgely Bond, Esq.
BOND & NORMAN
P.O. Box 83699
Gaithersburg, MD 20883-3699

Ms. Jane Carol Norman
BOND & NORMAN, PLLC
700 Fifth Street, NW
Washington, DC 20001

*/s/ Richard A. Latterell*
RICHARD A. LATTERELL
Assistant Attorney General