UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No: 1:07-cv-00985-CKK-AK <br> Mag. Judge Alan Kay <br><br> Next Event:  3/7/08 <br>                Close of Discovery |

### DEFENDANT'S RULE 26(a)(2)(B) STATEMENT

Defendant the District of Columbia, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and this Court's September 6, 2007 Scheduling and Procedures Order, hereby lodges its list of expert witnesses who may be called to testify during the trial in the above-captioned matter:

1.  Dr. E. Eugene Miller, 2501 Q Street N.W., Suite 309, Washington, D.C. 20007, telephone (202) 965-1307, is an expert penologist. A copy of his resume is attached. Dr. Miller will base his opinions on his review of the discovery material collected in this case, his interview of relevant witnesses, and his education and experience. Dr. Miller is expected to testify about the standard of prison care afforded to the plaintiff. Dr. Miller is also expected to express an opinion about the adequacy of that prison care. Dr. Miller will further comment upon and refute the testimony of plaintiff's experts. In the event that Dr. Miller prepares a report after completion of his review, the undersigned counsel will provide a copy of this report to plaintiff's counsel.

The Defendant reserves the right to amend and/or supplement this Rule 26(a)(2)(B) statement as more information becomes available during discovery.

Dated this 8th day of February, 2008.

                                          Respectfully submitted,

                                          PETER J. NICKLES
                                          Interim Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General, Civil Litigation Division

                                          */s/ Phillip A. Lattimore, III*
                                          PHILLIP A. LATTIMORE, III [422968]
                                          Chief, General Litigation Section III

                                          */s/ Richard A. Latterell*
                                          RICHARD A. LATTERELL [502127]
                                          Assistant Attorney General
                                          441 Fourth Street, N.W., Suite 6S074
                                          Washington, D.C. 20001
                                          (202) 724-6626
                                          (202) 727-3625 (fax)
                                          Email:  richard.latterell@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Defendant's Rule 26(a)(2)(B) Statement were sent, on this 8th day of February, 2008, by electronic service to the following:

Mr. Ferris Ridgely Bond, Esq.
BOND & NORMAN
P.O. Box 83699
Gaithersburg, MD 20883-3699

Ms. Jane Carol Norman
BOND & NORMAN, PLLC
700 Fifth Street, NW
Washington, DC 20001

/s/ Richard A. Latterell
RICHARD A. LATTERELL
Assistant Attorney General

# E. EUGENE MILLER

2501 Q Street, N.W.  
Suite 309  
Washington, D.C. 20007

(202) 965-1307

---

## EXPERIENCE:

**December 1973 - Present**  
Criminal Justice Consultant

Services provided include: operational analysis of prison and jail operations in the areas of security, staffing, programs and classification; functional review of architectural designs; staff training; litigation advisor and expert witness.

**July 1984 - April 1992**  
Vice President, C.M. Security Products, Inc.  
Washington, D.C.

In charge of American subsidiary of C.M. Security Group, Ltd. - a manufacturer of building components and security equipment for the corrections and security fields. Specifically responsible for marketing, public relations and administrative functions.

**September 1978 - June 1984**  
Director, Criminal Justice Services, The NBBJ Group  
Seattle, WA

On a consultant basis was responsible for functional aspects of project design (jails, prisons, courts and police facilities) and criminal justice marketing for the firm's offices throughout the nation. Was extensively involved in six projects that were recognized by a joint committee of the ACA/AIA for their functional excellence.

**September 1975 - December 1979**  
Faculty member (adjunct), School of Justice, American University  
Washington, D.C.

Taught one course per semester, The Administration of Correctional Institutions, to undergraduate (primarily in-service) students majoring in criminal justice administration.

**December 1977 - August 1978**  
Director, Jail Operations Project, National Sheriffs' Administration  
Washington, D.C.

Responsible for all aspects of a National Institute of Corrections funded project with five distinct jail-related components.

**Spring 1974**  
Co-Director, Advanced Institute of Correctional Administration, American University, Washington, D.C.

In conjunction with a colleague developed the curriculum, selected appropriate instructional and textual materials for and administered and taught a two-week institute for selected criminal justice officials from the federal government, five states, the District of Columbia and Japan.

E. EUGENE MILLER
Page Two

## EXPERIENCE:
(Continued)

September 1973 - November 1973
**Superintendent (Acting), Massachusetts Correctional Institution at Norfolk**

In charge of total operation of the largest prison in New England with 318 employees and 700 inmates.

June 1973 - September 1973
**Chief Planner, Impact Program, Massachusetts Department of Corrections**

Sole administrator of grant project, comprised of seven distinct parts that were carried out primarily on a sub-contractual basis. Supervised sub-contractors, provided technical assistance to them and coordinated with state and federal granting officials.

September 1972 - June 1973
**Assistant Professor, Department of Administration of Justice and Public Safety, Virginia Commonwealth University, Richmond, VA**

Taught all corrections courses offered by the department. Initiated and developed special projects with correctional agencies, including a three-day workshop for correctional officers selected from throughout the Virginia state prison system.

May 1970 - July 1972
**Correctional Facilities Administrator, Alaska Division of Corrections Juneau, AK**

Was responsible for total operation and coordination of six adults and two juvenile institutions. Also developed and administered federal grants and a capital projects budget. Supervised and enforced contracts with local jails; handled interstate institutional placement of adults; and, provided consultant services to local communities.

September 1970 - December 1970
**Faculty member (adjunct), Juneau-Douglas Community College Juneau, Alaska**

Taught a course in Criminology.

February 1968 - May 1970
**Administrator, Women's Detention Center, District of Columbia Department of Corrections, Washington, D.C.**

Was responsible for the complete operation of jail with staff of 65, 2,500 admissions per year. Also responsible for supervision of female parolees.

**E. EUGENE MILLER**
Page Three

---

**EXPERIENCE:**
(Continued)

| | |
|---|---|
| September 1965 - February 1968 | Program Development Specialist, District of Columbia Department of Corrections, Washington, D.C. |

Successfully completed a wide variety of research, evaluation and sensitive "special" projects in support of the activities of the Assistant Director for Treatment and, subsequently, the Assistant Director for Planning and Research. Also coordinated with various District of Columbia and Federal agencies and professional organizations.

January 1967 - February 1967    Consultant, District of Columbia Board of Parole
Washington, D.C.

On loan from Department of Corrections to conduct management analysis of all administrative policies and procedures and to recommend and, in several instances, institute constructive changes.

November 1964 - September 1965    Education Director, Bucks County Prison
Doylestown, PA

On a volunteer basis planned, developed and implemented an education program at two adult institutions (a county jail and its separate work release center). Also carried a counseling caseload at the jail.

September 1964 - July 1965    Teacher, Solebury School
New Hope, PA

Taught Latin and Greek to high school students and also coached soccer and basketball.

**PUBLICATIONS:**

BOOKS

Corrections in the Community, co-authored with M. Robert Montilla, Reston Publishing Company, February, 1977.

Jail Management, D.C. Heath and Company, Lexington Books, June, 1978.

MONOGRAPHS

A Handbook on Jail Programs, co-authored with James E. Murphy, National Sheriffs' Association, 1974.

A Directory of State Jail Inspection Programs, with Glen D. Skoler, National Sheriffs' Association, June, 1978.

# E. EUGENE MILLER
Page Four

## PUBLICATIONS
(Continued)

### ARTICLES

"Education at the Bucks County Prison", *American Journal of Corrections*, March - April, 1967.

"Continuity of Treatment in the District of Columbia", *Correctional Psychologist*, January - February, 1968.

"Changing Times", co-authored with John D. Case, *National Jail Association Newsletter*, January - February, 1968.

"The Women Participants in Washington's Riots", *Federal Probation Quarterly*, June, 1969.

"New Perspectives in the Education of Female Prisoners", co-authored with Rebecca Hughes, *Journal of Correctional Education*, Summer, 1969.

"Jails in Alaska", *National Jail Association Newsletter*, March - April, 1972.

"Ohio's Jail Dilemma", (Ohio) *Cities & Villages*, August, 1979.

"The New Jail Myth", American Jail Association's *The Report*, Winter, 1981.

"The People's Republic of China: Successful Reintegration", *Corrections Today*, December, 1982.

"Prison Industries in the People's Republic of China", *The Prison Journal*, Autumn - Winter, 1982.

"Good News/Bad News About Jails", Kentucky Associations' of Counties, *County Viewpoint*, August - September, 1983.

"New Building Approach for Correctional Facilities Does Not Sacrifice Security", co-authored with K. L. McReynolds, *Corrections Digest*, March 13, 1985.

"Innovative Expansion", co-authored with K. L. McReynolds, *Corrections Today*, April, 1986.

"Fire Deaths Result from Officer Carelessness, You Can Avoid Fatalities", *Keepers' Voice*, August, 1986.

"Rebuilding the Past - Renovation is a Viable Option", co-authored with Charles W. Cansfield, *Corrections Today*, July, 1987.

"Pretrial Detention in Papua New Guinea", *American Jails*, Fall, 1989.

**E. EUGENE MILLER**
Page Five

## PUBLICATIONS:
(Continued)

**ARTICLES**
(Continued)

"Corrections in Czechoslovakia", American Jails, March/April, 1991.

"Juvenile Justice in Germany", Corrections Today, April, 1991.

"Adult Detention in Vienna", American Jails, May/June, 1991.

## PROFESSIONAL AFFILIATIONS:

* Active member of American Correctional Association, the American Jail Association and The National Sheriffs' Association.

* Member, Subcommittee on Life Safety in Detention and Correctional Occupancies, Life Safety Committee, National Fire Protection Association, 1982 - Present.

* Member, Committee on Technology in Corrections, American Correctional Association, 1982 - 1984.

* Member, Committee on Adult Local Detention Facilities, American Correctional Association, 1988 - 1990.

* Member, Committee on Design and Technology, American Correctional Association, 1991 - ~~Present~~/1993.

* Former member of the Board of Directors of the National Jail Association (six terms) and the Western Correctional Association (one term).

* Member, Board of Directors, Washington Halfway Home for Women, Washington, D.C., 1983 - ~~Present~~/1992. President, 1985. (The Halfway House is accredited by the American Correctional Association).

* Listed in "Outstanding Young Men of America", 1976, 1978.

* Listed in "Who's Who in American Business Leaders", 1991, 1992.

## INTERNATIONAL EXPERIENCE

* Have visited prisons and/or jails in the following countries: Australia, Austria, Canada, China, Czechoslovakia, Germany, Hungary, Papua New Guinea and Singapore, ET AL.

* Member of United States delegation to international corrections conference in Sydney, Australia, 1988.

**E. EUGENE MILLER**
Page Six

## EDUCATION

M.S., Correctional Administration, American University, Washington, D.C., 1969.

M.A., Classical Languages, University of Wisconsin, Madison, WI, 1964

A.B., Classical Languages, College of the Holy Cross, Worcester, MA, 1963

In addition, have completed successfully numerous specialized institutes and courses in various aspects of correctional administration and public administration. Also participate in the principal conferences in the corrections field.

E. EUGENE MILLER
Page Seven

---
---

## ADDITIONAL PUBLICATIONS

**BOOK REVIEW**

*Counties in Court: Jail Overcrowding and Court-Ordered Reform*, Wayne N. Welsh (author), reviewed in *American Jails*, January - February, 1997.

**ARTICLES**

"Must the Buyer Beware?", *American Jails*, January - February, 1995.

"Changes at the Store: Has Your Commissary Kept Up with Population Changes?", *American Jails*, November - December, 1996.

"How to Make Better Purchasing Decisions", *Corrections Managers' Report*, August - September, 1997.

"Detention in South Africa", *American Jails*, September - October, 1997.

"Problems with 'Time-Clock' Supervision of Inmates", *Corrections Managers' Report*, December, 1997 - January, 1998.

"Prisons in South Africa", *American Jails*, January - February, 1998.

"Fine-Tuning a New Jail Design", *Corrections Managers' Report*, October - November, 1998.

"A Magic Wand for Inmate Supervision", *Correctional Security Report*, April - May, 1999.

"New Restraint Devices: A Cautionary Perspective", *Correctional Security Report*, June - July, 1999.

"Making More Use of Information to Improve Security and Accountability", *Correctional Security Report*, August - September, 1999.

"Common Jail Training Oversights", *Correctional Managers' Report*, October/November, 2001.

"What is the Score on Jail Classification?", *Corrections Managers' Report*, February - March, 2002.

"Mali's Unusual Jail", *American Jails*, May - June, 2002.

## CASES IN WHICH E. EUGENE MILLER HAS TESTIFIED AT TRIAL IN THE LAST 4 YEARS

| DATE | CASE | COURT | JUDGE |
|---|---|---|---|
| 01/01 | Lawrence Caldwell v. D.C. | U.S.Dist.Ct., Wash., D.C. | Kessler |
| 02/01 | Karen Fowler, et al. v. Correctional Services Corp., et al. | 141st Judicial Dist.Ct. Tarrant Co. (Fort Worth), TX | Enlow |
| 07/01 & 09/01 | Eric Basnight v. North Carolina DOC | N.C. Industrial Commission | ? |
| 05/02 | James Benjamin, et al. v. William J. Fraser, et al. | U.S.Dist.Ct., New York, NY | Bear |
| 09/02 | Elyse Meade, Administratrix and Theodore and Patrick Leslie v. Michael Grchan, et al. | U.S.Dist.Ct., Rock Island, IL | Mihm |
| 02/03 | United States v. Virgin Islands | U.S.Dist.Ct., St. Croix, V.I. | Resnick |
| 07/03 | Ben Krein v. Larry Norris, et al. | U.S.Dist.Ct., Little Rock, AR | ? |
| 11/03 | Malik Jarno v. Warren Lewis, et al. | U.S.Dist.Ct., Alexandria, VA | Brinkema |

### CASES IN WHICH E. EUGENE MILLER HAS BEEN DEPOSED IN THE LAST FOUR YEARS

Note: This list has been generated by a review of past records and, thus, may not be complete.

| DATE | CASE | COURT |
| --- | --- | --- |
| 02/06/02 | *James Allen McLaurin, Sr., et al. v. Prince George's County, Maryland, et al.* | U.S.Dist.Ct., S.D., MD |
| 05/08/02 | *James Benjamin, et al. v. William J. Fraser, et al.* | U.S.Dist.Ct., New York, NY |
| 08/06/02 | *Elyse Meade, Administratrix, and Theodore and Patrick Leslie v. Michael, Grchan, et al.* | U.S.Dist.Ct., Rock Island, IL |
| 08/28/02 | *Carol Schilling v. Leverett Baldwin, et al.* | U.S.Dist.Ct., Milwaukee, WI |
| 10/16/02 | *Lorna James v. Mark Fulihan & Mark Weaver, et al.* | S.C.Ct. of Common Pleas Third Judicial Circuit |
| 11/07/02 | *Estate of Elijah Steptoe v. District of Columbia* | Superior Ct., Wash., DC |
| 12/13/02 | *Jeronia James v. Clarendon Memorial Hospital* | S.C.Ct. of Common Pleas |
| 02/04/03 | *Ben Krein v. Larry Norris, et al.* | U.S.Dist.Ct., Batesville, AR |
| 04/25/03 | *Scott Crow v. Marty Montgomery, et al.* | U.S.Dist.Ct., Little Rock, AR |
| 05/28/03 | *Leon Scrubbs v. State of Maryland* | Circuit Ct., Balto. City, MD |
| 08/13/03 | *Malik Jarno v. Warren Lewis, et al.* | U.S.Dist.Ct., Alexandria, VA |
| 03/01/04 | *Margie Connor v. Virginina DOC* | U.S.Dist.Ct., Richmond, VA |