UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES CLARK, JR.,

    Plaintiffs,

    v.

THE DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No. 07-985 (CKK)

**ORDER**
(March 13, 2008)

    Plaintiff's counsel in the above-captioned proceeding have filed a [16] Consent Motion to Withdraw as Counsel of Record. The present case is a wrongful death action against the District of Columbia. The instant Motion makes the following representations: Plaintiff's counsel represents James Clark Jr., as personal representative of the estate of Lenard Clark a/k/a Leon Clark. Plaintiff set up this estate in the Superior Court of the District of Columbia. The estate's sole asset consisted of the potential recovery against the District of Columbia in this lawsuit. On December 17, 2007, a Superior Court Probate Judge for the District of Columbia found that the estate had not been opened and that Plaintiff would have to open a new estate. Counsel was advised that the family wanted to open a new estate without the assistance of counsel. To date, the family has not opened another estate. Accordingly, Plaintiff's counsel is essentially "in [the] middle of a lawsuit without a client to represent." Pls.' Mot. at 2.

    Pursuant to Local Civil Rule 83.6, Plaintiff's counsel certifies that on March 3, 2008, copies of the instant Motion were served upon Plaintiff and his three sons,[1] including notice

---

[1] Plaintiff apparently has dementia, and one of his sons may have been given power of attorney to manage his affairs.

advising Plaintiff that he could obtain other counsel, or, if he intended to conduct the case *pro se* or object to the withdrawal, he could so notify the Clerk in writing within five days of service. The Court has not received any notice from Plaintiff. Accordingly, it is, this 13th day of March, 2008, hereby

**ORDERED** that the [16] Consent Motion to Withdraw as Counsel of Record is granted; it is further

**ORDERED** that this case shall be stayed until April 14, 2008, to allow Plaintiff time to open another estate in the Superior Court of the District of Colombia and to notify this Court (either *pro se* or through new counsel) of the same; it is further

**ORDERED** that if Plaintiff does not file a notice or a motion for extension of time with this Court prior to April 14, 2008, the Court shall dismiss Plaintiff's case without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall send this Order to the following persons:

James Clark, Jr.
3412 Greencastle Road
Burtonsville, Maryland 20866

James Clark III
3403 Webster Street
Brentwood, Maryland 20722

Edward Clark
7012 Chadds Ford Drive
Brandywine, Maryland 20613

Davoud Nujahid
5810 Pandora Ave.
Cincinnati, Ohio 45213

**SO ORDERED.**



/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge