United States District Court
For the District of Columbia

James Clark, JR,

Plaintiffs,

v.

Civil Action No # 07-985 (CKK)

The District of Columbia.
Defendant

Plaintiffs' Motion For continuation in Wrongfull deatth.

Plaintiff's Edward Clark and James Clark son's are Requesting the Court to extend the time of the Court date of April 14, 2008 and NOT dismiss Plaintiffs Case.

Plaintiff's said that on the date of February 22, 2008 a Petition For Probate Appointment of Personal Representative(s) was Fild in Probate Divison (226-07 case new) this date above the Family has opened new Estate and will go-on with the Lawsuit with Counsel. No one have Power of Attorey For James Clark JR (Father) but a Hearing date is set in the Circuit Court For Montgomery County Maryland ( March 27, 2008 For Guardianship.

(P.S. Lenard Clark A/K/A Leon 226-07) and ( 07-985 CKK)
{ see Ms Elane Kenneil 202-879-9404 Probate Div.}

Plaintiffs
_Edward Clark_    _James Clark_

RECEIVED
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bond of Personal Representative

# Superior Court of the District of Columbia
## PROBATE DIVISION
Washington, D.C. 20001-2131

Estate of                                                                                       Administration No. __226-07__

__Lenard Clark AKA Leon Clark__
Deceased

## BOND OF PERSONAL REPRESENTATIVE
## PURSUANT TO D.C. CODE §20-502(a)

KNOW ALL BY THESE PRESENTS: That I/we __Edward Clark and James Clark__ as principal and __Liberty Mutual Insurance Company__ as surety, are held and firmly bound to the District of Columbia in the sum of __$1,000.00__ dollars.

The condition of the above obligation is such that if the said __Edward Clark and James Clark__ well and truly perform the office of the personal representative(s) of the estate of __Lenard Clark AKA Leon Clark__, deceased, late of _____, according to law, and shall in all respects discharge the duties required of the personal representative(s) by law without any injury or damage to any interested person or creditor (other than those excluded below, if any) the above obligation shall be void; otherwise it shall be in full force and effect.

The foregoing notwithstanding, this bond shall not cover the following: _____

☐ the interest of the following interested persons who have filed written waivers: _____

☐ the cash on deposit in an account expressly subject to withdrawal only in a manner that is approved by the Court:

☐ the value of the following real or personal property which cannot be sold or distributed without Court authorization:

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF:

_____ (Seal)
Edward Clark
11712 Henley Court
Waldorf, Maryland 20602           (Seal)

_____ (Seal)
James Clark
3403 Webster Street
Brentwood, Maryland 20722

Dated this    22nd day of
February  2008

Surety Liberty Mutual Insurance Company
By _____ (Seal)
                                    2/22/08

SCR-PD404(a)/Jan. 2000