UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR.,<br>*Individually and as Personal Representative of the Estate of Leland Clark a/k/a Leon Clark*<br><br>    Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 07-985 (CKK) |

**ORDER**
(March 19, 2008)

On March 13, 2008, the Court stayed this case until April 14, 2008, to allow Plaintiff time to open an estate in the Probate Division in the Superior Court of the District of Colombia and to notify this Court (either *pro se* or through counsel) of the same. The Court further ordered that if Plaintiff did not provide such notice by April 14, 2008, the Court would dismiss the case without prejudice.

On March 17, 2008, James and Edward Clark submitted a notice to the Court (styled as a Motion for a continuance) indicating that they filed a Petition for Probate in the Superior Court of the District of Columbia and stating that they intend to "go on with the lawsuit with counsel." On that basis, the Motion asked the Court not to dismiss the case.

Accordingly, it is, this 19th day of March, 2008, hereby

**ORDERED** that the Motion is granted and the Court shall not dismiss the case at this time; it is further

**ORDERED** that this case shall remain stayed until April 14, 2008, to allow James and

Edward Clark to substitute themselves as the new personal representatives on behalf of the estate in this lawsuit; it is further

**ORDERED** that James and Edward Clark shall file a notice with this Court on or before April 14, 2008, indicating whether they will proceed *pro se* or through counsel for further proceedings in this lawsuit; it is further

**ORDERED** that if counsel is retained on behalf of the personal representatives in this case, counsel shall enter an appearance as soon as possible; it is further

**ORDERED** that once the Court receives notice from James and Edward Clark pursuant to this Order, the Court shall set a date for a scheduling conference/status hearing in this case; and it is further

**ORDERED** that the Clerk of the Court shall send this Order to the following persons:

James Clark, Jr.
3412 Greencastle Road
Burtonsville, Maryland 20866

James Clark III
3403 Webster Street
Brentwood, Maryland 20722

Edward Clark
7012 Chadds Ford Drive
Brandywine, Maryland 20613

Davoud Nujahid
5810 Pandora Ave.
Cincinnati, Ohio 45213

**SO ORDERED.**

Date: March 19, 2008

                                           /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge