United State District Court
For the District of Columbia

*Let this be filed*
*Judge C Kollar-Kotelly*
*4/3/08*

**RECEIVED**
MAR 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's
JAMES Clark JR

VS                    CASE# 07-985 CKK

DEFENDANT
the District of Columbia


Amended Motion For Continuation
in wrong Full Death



               Guardian
               Edward Clark
               _____
               [signature: Edward Clark]
               _____

       Addree  2628 Hatteras Circle,
       Waldorf· M.D 20601
               301-7792655

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

In the Matter of _James Clark, Jr._    Case No. _68749 FL_
(Name of minor or alleged disabled person)

## ORDER APPOINTING TEMPORARY GUARDIAN FOR THE PERSON & PROPERTY

Upon consideration of the Motion for Temporary Guardianship, it is this _27th_ day of _March_, 2008, by the Circuit Court for Montgomery County, Maryland,

**ORDERED**, that _Edward Clark_, be appointed Temporary Guardian of the Person and Property of _James Clark Jr_ pending the appointment of a permanent guardian; and it is further,

**ORDERED**, that the Temporary Guardian of the Person shall be responsible for the welfare of the Respondent and for protective services including, but not limited to the power, to _make health care decisions_; and it is further,

**ORDERED**, that _Edward Clark_ be appointed Temporary Guardian of the Property with all powers and duties set forth in Md. Code Ann., Est. & Trusts § 13-203; and it is further,

**ORDERED**, that the Petitioner be provided with two (2) certified copies of this Order.

_____
JUDGE
Circuit Court for Montgomery County,
Maryland