UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR., *Individually and as Personal Representative of the Estate of Leland Clark a/k/a Leon Clark* <br><br> Plaintiff, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 07-985 (CKK) |

**ORDER**
(April 9, 2008)

On April 3, 2008, the Court authorized the docketing of a submission styled "Amended Motion for Continuation in Wrongful Death" which attached a copy of an order appointing temporary guardianship. Pursuant to the Court's Order dated March 19, 2008, the Court reminds James and Edward Clark that this case shall remain stayed until April 14, 2008, to allow James and Edward Clark to substitute themselves as the new personal representatives on behalf of the estate in this lawsuit. James and Edward Clark shall also file a notice with this Court on or before April 14, 2008, indicating whether they will proceed pro se or through counsel for further proceedings in this lawsuit. If counsel is retained on behalf of the personal representatives in this case, counsel shall enter an appearance as soon as possible. Once the Court receives notice from James and Edward Clark pursuant to this Order, the Court shall set a date for a scheduling conference/status hearing in this case.

The Clerk of the Court shall send this Order to the following persons:

James Clark, Jr.
3412 Greencastle Road
Burtonsville, Maryland 20866

James Clark III
3403 Webster Street
Brentwood, Maryland 20722

Edward Clark
7012 Chadds Ford Drive
Brandywine, Maryland 20613

Davoud Nujahid
5810 Pandora Ave.
Cincinnati, Ohio 45213

       **SO ORDERED.**

Date: April 9, 2008

                                                  /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge