UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
APR 11 2008
RECEIVED

United States District Court
For the District of Columbia

James Clark Jr
Individually and as Personal Representative
of the Estate of Leanard Clark A/K/A Leon Clark

  Plaintiff

  v.                                      Case Action No. 07-985(CKK)

The District of Columbia

  Defendant

Motion of Notice
For Wrongful Death

James and Edward Clark Request the Court to Substitute themselves as the New personal Representatives on behalf of the estates of Lenard Clark they will proceed PRO-se through Counsel or themselves they are Requesting the Court to set a date For Scheduling conference/Status hearing of this case. they allso is Trying to Retained Counsel to enter An appearance as soon as possible

date April 10, 2008

Personal Represntative's

_____ Edward Clark

_____ James Clark

Abbreviated Probate Order



# Superior Court of the District of Columbia
PROBATE DIVISION
Washington, D.C. 20001-2131

Estate of

Lenard Clark aka Leon Clark
_____ Age 43 ___
        Deceased

Administration No. 2007 ADM 226

### Abbreviated Probate Order
(For estates of decedents dying on or after April 27, 2001)

Upon consideration of the petition for ~~(supervised)~~ (unsupervised) abbreviated probate, acceptance and consent of each personal representative, a power of attorney of each non-resident, and a bond, if applicable, in the amount of $ 1,000.00 _____ all having been filed herein, it is by the Court this _____ day of _____, _____,

ORDERED, that administration of this estate is
☒ (unsupervised)
☐ ~~(supervised) for the following reasons:~~
　　☐ ~~Decedent's will directs supervision.~~
　　☐ ~~Decedent's will directs unsupervised administration but supervised administration is required for the following reasons:~~ _____

　　☐ ~~Other~~ _____

and it is further,

ORDERED, that Edward Clark and James Clark _____

_____ (is) (are) appointed personal representative(s) of the estate of Lenard Clark aka Leon Clark _____, deceased, and it is further,

SCR-PD 401/Jan. 2000

ORDERED, that

☒ the Court finds that the decedent died intestate.

☐ ~~the will dated _____ and codicil(s) dated _____ accompanying the petition (is) (are) admitted to probate and record as the last will and testament of the aforesaid decedent, and as an international will where applicable.~~

☒ that bond heretofore filed in the amount of $ 1,000.00 _____ is approved.

☐ ~~bond is not required.~~

☒ that the said personal representative(s) shall file an additional bond in an amount to be fixed by the Court before accepting assets in excess of the stated amount.

☐ ~~Subject to D.C. Code §20-906, a homestead allowance in the sum of $15,000 is authorized out of the real or personal estate to _____ as the surviving spouse/domestic partner and, if none, to _____ as a custodian of surviving minor child and to _____ as a dependent child, to be divided equally between each of the children.~~

☐ ~~Subject to the homestead and as provided in D.C. Code § 20-905, a family allowance in a reasonable sum not to exceed $15,000 is authorized out of the personal estate to _____ as surviving spouse/domestic partner and decedent's minor child(ren) whom the decedent was obligated to support and children who were in fact being supported by the decedent, in accordance with law.~~

☐ ~~After payment of the homestead and the family allowance and as provided in D.C. Code § 20-906, tangible personalty or other personalty not exceeding the value of $10,000 is allowed to the surviving spouse/domestic partner and if none, to the decedent's surviving children jointly as exempt property.~~

☒ Subject to any limitation of the will (if decedent died testate), D.C. Code Title 20, or by an order of Court, the personal representative(s) may, in addition to any power or authority contained in the will and to any other common-law or statutory power, properly exercise those general powers as enumerated in D.C. Code Section 20-741, ~~subject to the following limitations which, if the administration is supervised, shall be endorsed on the letters of administration:~~

The Petitioners Must provide payment of the publication Costs in Full for the two publishing News papers, PRIOR TO the issuance of Letters of Administration.

Copies mailed, postage prepaid, to parties indicated above

_____ JUDGE

cc: Include Attorney of Record and P.R.    MAR 1 3 2008

James Clark
3403 Webster Street
Brentwood, Md
20722

Edward Clark
11712 Henley Court
Waldorf, Md
20602

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES CLARK, JR.,
*Individually and as Personal Representative of the Estate of Leland Clark a/k/a Leon Clark*

Plaintiff,

v.

THE DISTRICT OF COLUMBIA,

Defendant.

Civil Action No. 07-985 (CKK)

ORDER
(April 9, 2008)

On April 3, 2008, the Court authorized the docketing of a submission styled "Amended Motion for Continuation in Wrongful Death" which attached a copy of an order appointing temporary guardianship. Pursuant to the Court's Order dated March 19, 2008, the Court reminds James and Edward Clark that this case shall remain stayed until April 14, 2008, to allow James and Edward Clark to substitute themselves as the personal representatives on behalf of the estate in this lawsuit. James and Edward Clark shall also file a notice with this Court on or before April 14, 2008, indicating whether they will proceed pro se or through counsel for further proceedings in this lawsuit. If counsel is retained on behalf of the personal representatives in this case, counsel shall enter an appearance as soon as possible. Once the Court receives notice from James and Edward Clark pursuant to this Order, the Court shall set a date for a scheduling conference/status hearing in this case.

The Clerk of the Court shall send this Order to the following persons: