UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES CLARK, JR.,
*Individually and as Personal Representative*
*of the Estate of Leland Clark a/k/a Leon*
*Clark*

      Plaintiff,

      v.

THE DISTRICT OF COLUMBIA,

      Defendant.

Civil Action No. 07-985 (CKK)

**ORDER**
(April 18, 2008)

The Court shall hold a status hearing in the above-captioned matter on May 28, 2008, at

9:30 A.M. in Courtroom 28A.

The Clerk of the Court shall send this Order to the following persons.

James Clark, Jr.
3412 Greencastle Road
Burtonsville, Maryland 20866

James Clark III
3403 Webster Street
Brentwood, Maryland 20722

Edward Clark
7012 Chadds Ford Drive
Brandywine, Maryland 20613

Davoud Nujahid
5810 Pandora Ave.
Cincinnati, Ohio 45213

      **SO ORDERED.**

                 */s/*_____
                 COLLEEN KOLLAR-KOTELLY
                 United States District Judge