UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES CLARK, JR.,
*Individually and as Personal Representative of the Estate of Leland Clark a/k/a Leon Clark*

    Plaintiff,

v.

THE DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No. 07-985 (CKK)

**ORDER**
(May 28, 2008)

    On April 11, 2008, James Clark and Edward Clark filed a [23] Notice with the Court asking to be substituted as personal representatives of the estate in the above-captioned matter. Defendant District of Columbia did not file an objection.

    Accordingly, it is, this 28th day of May, 2008, hereby

    **ORDERED** that James Clark and Edward Clark shall be substituted as personal representatives of the estate in this matter contingent on the estate having been properly established; it is further

    **ORDERED** that the Clerk of the Court shall mail a copy of this Order to the following persons:

James Clark, Jr.
3412 Greencastle Road
Burtonsville, Maryland 20866

James Clark III
3403 Webster Street
Brentwood, Maryland 20722

Edward Clark
7012 Chadds Ford Drive
Brandywine, Maryland 20613

Davoud Nujahid
5810 Pandora Ave.
Cincinnati, Ohio 45213

    **SO ORDERED.**


Date: May 28, 2008

                                             /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge