UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR.,<br>*Individually and as Personal Representative of the Estate of Leland Clark a/k/a Leon Clark*<br><br>    Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 07-985 (CKK) |

**ORDER**
(May 28, 2008)

The Court issued an Order on April 18, 2008, scheduling a status hearing in the above-captioned matter for May 28, 2008 at 9:30 A.M.  Neither Party appeared at the status hearing.

Accordingly, it is, this 28th day of May, 2008, hereby

**ORDERED** that the Court shall RESCHEDULE the status hearing in this matter for June 13, 2008, at 9:00 A.M. in Courtroom 28A; it is further

**ORDERED** that James Clark and Edward Clark, who have been substituted as personal representatives of the estate in this matter, or their counsel if one has been retained, shall appear at the rescheduled status hearing; it is further

**ORDERED** that if James Clark, Edward Clark, or their counsel fails to appear at the rescheduled status hearing, the Court may dismiss this case for want of prosecution; it is further

**ORDERED** that Defendant shall file a Status Report on or before June 9, 2008, that indicates the status of discovery in this case; and it is further

**ORDERED** that the Clerk of the Court shall mail a copy of this Order to the following

persons:

James Clark, Jr.
3412 Greencastle Road
Burtonsville, Maryland 20866

James Clark III
3403 Webster Street
Brentwood, Maryland 20722

Edward Clark
7012 Chadds Ford Drive
Brandywine, Maryland 20613

Davoud Nujahid
5810 Pandora Ave.
Cincinnati, Ohio 45213

      **SO ORDERED.**


Date: May 28, 2008

                                                      */s/*
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge