UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JAMES CLARK, JR., *Individually and as Personal Representative of the Estate of Leland Clark a/k/a Leon Clark*
      Plaintiff,

   v.          Civil Action No. 07-985 (CKK)
               Next Event: Scheduling/Status:
                   June 13, 2008.

THE DISTRICT OF COLUMBIA,
      Defendant.

---

## STATUS REPORT BY THE DISTRICT OF COLUMBIA

The Defendant, The District of Columbia, ("The District") by and through undersigned counsel, files this Status Report pursuant to the Court's May 28, 2008 Order.

1. <u>A Brief Statement Of Facts:</u>

Plaintiff is the personal representative of the Estate of Leland Clark a/k/a Leon Clark. Leon Clark committed suicide on February 26, 2006 while a prisoner at the District of Columbia Jail. Plaintiff alleges that the District caused Leon Clark's death by negligently evaluating, treating and caring for Leon Clark, a prisoner with a known suicidal predisposition. Plaintiff sued the District on three Counts: Wrongful Death, Survival Statute and a Survival Action based on Constitutional and Civil Rights violations. Plaintiff seeks compensatory damages.

On December 17, 2007, a Superior Court Probate Judge for the District of Columbia found that the Plaintiff had not properly opened the estate, and that Plaintiff would have to re-file. Upon Plaintiff's counsel's application of March 13, 2008, this Court stayed the lawsuit until April 14, 2008, to allow Plaintiff time to open another estate in the Superior Court of the District of Columbia. On April 10, 2008, James and Edward Clark petitioned this Court to substitute

themselves as the new personal representatives of Leon Clark's estate, and to advise the Court that they were proceeding *pro se*, but are actively seeking legal representation. The next Scheduling/Status Conference is scheduled for June 13, 2008.

2. <u>A Brief Statement Of The Significant Legal Issues:</u>

The District's position is that it has a valid defense based on the facts and applicable law. The District anticipates a dispositive motion in which it would likely argue that plaintiff's claims under Counts I, II and III are not claims upon which relief may be granted.

3. <u>A List Of All Outstanding Motions:</u>

There are no outstanding Motions.

4. <u>A List Of All Remaining Discovery:</u>

- **Discovery to date:** The plaintiff and The District have each served interrogatories and requests for production of documents.

- **Remaining Discovery:** The District has responded to Plaintiff's first set of interrogatories. The Plaintiff has not fully answered the District's written discovery requests.

- **Settlement Efforts:** The parties have not participated in any settlement discussions.

- **Scheduling Order:** The District does not object to an extension of the discovery deadline for a length of time deemed appropriate by this Court, and/or modifications to the subsequent deadlines accordingly.

Dated: June 9, 2008.        Respectfully submitted,

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/Toni Michelle Jackson_____

TONI JACKSON [453765]
Acting Chief, General Litigation Section III

  /s/Ronald W. Gill  
RONALD W. GILL [81456]
Assistant Attorney General
Suite 600S
441 4th Street, N.W.
Washington, D.C. 20001
(202) 741-0760
(202) 727-3625 (fax)
E-mail: ronald.gill@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2006, I electronically filed the foregoing STATUS REPORT BY THE DISTRICT OF COLUMBIA with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

James Clark, Jr.
3412 Greencastle Road
Burtonsville, Maryland 20866

James Clark III
3403 Webster Street
Brentwood, Maryland 20722

Edward Clark
7012 Chadds Ford Drive
Brandywine, Maryland 20613

Davoud Nujahid
5810 Pandora Ave.
Cincinnati, Ohio 45213

And all others indicated on the electronic filing receipt.

  /s/ Ronald W. Gill  
Assistant Attorney General

3