United States District court
For The District of Columbia

Edward Clark and James Clark          Case action No 07-985(cckk)

Plaintiffs

The District of Columbia

Defendant

Motion of notice
For Wrongful Death

*Let this be filed*
*Judge C Kollar-Kotelly*
*6/30/08*

**FILED**

JUN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The plaintiffs, Edward and James Clark, request the Court to grant an extension due to new evidence in the autopsy report which has not been retrieved as of yet, but shall be retrieved in the very near future. The forthcoming evidence will undoubtedly be extremely pertinent to the outcome of the case.

Date June 30, 2008        *[signatures]*        Edward Clark
                                                James Clark