UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR., et al., | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 07-985 (CKK) |
| THE DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

**DEFENDANT THE DISTRICT OF COLUMBIA'S
NOTICE OF ADDITIONAL COUNSEL**

TO:   CLERK OF COURT

TO:   ALL PARTIES

PLEASE TAKE NOTICE that, on this 27th day of June, 2008, Nicholas Coates is entering his appearance as additional counsel for Defendant.

Dated this 27th day of June, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON [453765]
Interim Chief, General Litigation Section III

                  */s/ Nicholas Coates*
NICHOLAS COATES[1]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001
(202) 724- 6644 (office)
(202) 742-0578 (fax)
Email: Nicholas.Coates@dc.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 27th day of June, 2008, a copy of the foregoing Notice of Additional Counsel was served electronically, via the Court's CM/ECF filing system, to the following:

James Clark, Jr.
3412 Greencastle Road
Burtonsville, Maryland 20866

James Clark III
3403 Webster Street
Brentwood, Maryland 20722

Edward Clark
7012 Chadds Ford Drive
Brandywine, Maryland 20613

Davoud Nujahid
5810 Pandora Ave.
Cincinnati, Ohio 45213

                  */s/ Nicholas Coates*
Nicholas Coates
Assistant Attorney General

---

[1] Appearance entered under D.C. App. 49 (c)(4).