REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO: 07-985 | DATE REFERRED: 7/2/08<br><br>DISPOSITION DATE: | PURPOSE: Mediation | JUDGE: Colleen Kollar-Kotelly | MAG. JUDGE Alan Kay |

| PLAINTIFF(S): <br>JAMES CLARK | DEFENDANT(S): <br>DISTRICT OF COLUMBIA |
|---|---|

| ENTRIES: |
|---|
| MEDIATION FROM 7/1/08 THROUGH 9/25/08. |