UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James Clark, Jr.,
    Plaintiff,

v.                                   Civ. Action No. 07-0985 (CKK) (AK)

The District of Columbia,
    Defendant.

**NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL
FOR THE LIMITED PURPOSE OF MEDIATION**

I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

_____
Signature *of* pro se *party*

JAMES CLARK
Name *of* pro se *party (printed)*

3403 Webster Street
Address

Brentwood M.D 20722
City    State    Zip

301-779 2699
Telephone

Dated: 7/3/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES CLARK, JR.,<br>*Individually and as Personal Representative of the Estate of Leland Clark a/k/a Leon Clark*<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 07-985 (CKK) |

**ORDER OF APPOINTMENT OF COUNSEL
FOR THE LIMITED PURPOSE OF MEDIATION**
(July 2, 2008)

The Court has determined that counsel should be appointed on behalf of Plaintiffs Edward Clark and James Clark, in their capacities as Personal Representatives on behalf of the Estate of Leland Clark a/k/a Leon Clark, for the limited purpose of assisting in the resolution of this case through mediation.[1] Accordingly, it is

**ORDERED** that the Clerk shall appoint counsel for Edward Clark and James Clark, in their capacities as Personal Representatives on behalf of the Estate of Leland Clark a/k/a Leon Clark, from the Civil Pro Bono Mediation Panel; and it is further

**ORDERED** that the appointment shall be subject to the provisions of the "Guidelines for Court-Appointed Mediation Counsel," which is attached to and is hereby incorporated by reference in this Order.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] Because James Clark has informed the Court that he has been undergoing certain medical treatments, Edward Clark should be appointed counsel's first point of contact.